# EXHIBIT A

# FOIA REQUEST: Elon Musk emails

From     shawn.musgrave@theintercept.com <shawn.musgrave@theintercept.com>

To       James.Burnham@doge.eop.gov

Date     Wednesday, March 5th, 2025 at 5:43 PM

Dear Mr. Burnham,

Pursuant to the Freedom of Information Act, 5 U.S.C. 552 et seq, I hereby request copies of the following records:

- All emails between any and all of the individuals named below and Elon Musk sent between January 1, 2025 and the date this request is processed, including but not limited to emails between these individuals and the following email address: erm71@who.eop.gov

The relevant individuals are:
      a. Susan Wiles
      b. Christopher Young
      c. Noah Peters
      d. Stephanie Holmes
      e. Adam Ramada

I am a representative of the news media for the purpose of fees.

Additionally, I request a fee waiver and expedited processing in light of the public interest in the subject of this request. Specifically, disclosure of these records is in the public interest since there is considerable public interest in Mr. Musk's role in the Trump administration and there is an urgency to inform the public about it, as further demonstrated by the numerous lawsuits regarding Mr. Musk's role.

I ask that all documents be provided in their native digital format, and if that is unduly burdensome, in digital PDF, and that they be emailed to me at this inbox.

Best,
Shawn

—

**Shawn Musgrave**
*Newsroom Counsel/Correspondent*
The Intercept

Desk: (201) 375-3715
Signal: shawnmusgrave.82
Bluesky: @shawnmusgrave.bsky.social