# EXHIBIT B

# FOIA REQUEST: DOGE agreements

| | |
|---|---|
| From | shawn.musgrave@theintercept.com <shawn.musgrave@theintercept.com> |
| To | James.Burnham@doge.eop.gov, erm71@who.eop.gov |
| CC | Justin.W.Aimonetti@doge.eop.gov, Jacob.R.Altik@doge.eop.gov, Ashley.S.Boizelle@doge.eop.gov, Joshua.Fox@doge.eop.gov, Joshua.A.Hanley@doge.eop.gov, Keenan.D.Kmiec@doge.eop.gov, Stephanie.M.Holmes2@doge.eop.gov, Noah.Peters@doge.eop.gov, Austin.L.Raynor@doge.eop.gov |
| Date | Tuesday, March 11th, 2025 at 6:39 PM |

Hello,

Pursuant to the Freedom of Information Act, 5 U.S.C. 552 et seq, I hereby request copies of the records described below. A copy of this FOIA request has also been submitted via X by direct message to @DOGE.

For the purpose of this FOIA request, by "USDS," I mean any of the following entities that were established by President Trump pursuant to Executive Order: the Department of Government Efficiency, DOGE, the U.S. DOGE Service, and/or the U.S. DOGE Service Temporary Organization, including any components and subsidiaries of the same.

I request copies of the following records:

1. All memoranda and/or agreements — including but not limited to memoranda of understanding (MOU), memoranda of agreement (MOA), and assignment agreements — that USDS has entered into with any other department, agency, or other component of the federal executive branch since January 1, 2025.
2. All memoranda and/or agreements — including but not limited to memoranda of understanding (MOU), memoranda of agreement (MOA), and assignment agreements — that any other department, agency, or other component of the federal executive branch has entered into on USDS's behalf or concerning USDS's work since January 1, 2025.
3. All memoranda and/or agreements — including but not limited to memoranda of understanding (MOU), memoranda of agreement (MOA), and assignment agreements — that any other department, agency, or other component of the federal executive branch has entered into regarding the work of a USDS employee since January 1, 2025.

I am a representative of the news media for the purpose of fees.

Additionally, I request a fee waiver and expedited processing in light of the public interest in USDS and its relationship to other federal entities. There is an urgency to inform the public about USDS's relationships with other federal entities, as demonstrated by both the extensive media coverage of USDS and the numerous lawsuits regarding its role.

I ask that all documents be provided in their native digital format, and if that is unduly burdensome, in digital PDF, and that they be emailed to me at this inbox.

Best,
Shawn

—

**Shawn Musgrave**
*Newsroom Counsel/Correspondent*
The Intercept

Desk: (201) 375-3715
Signal: shawnmusgrave.82
Bluesky: @shawnmusgrave.bsky.social