# EXHIBIT C

# FOIA REQUEST: DOGE OPF data

| | |
|---|---|
| From | shawn.musgrave@theintercept.com <shawn.musgrave@theintercept.com> |
| To | James.Burnham@doge.eop.gov, erm71@who.eop.gov |
| CC | Justin.W.Aimonetti@doge.eop.gov, Jacob.R.Altik@doge.eop.gov, Joshua.Fox@doge.eop.gov, Joshua.A.Hanley@doge.eop.gov, Keenan.D.Kmiec@doge.eop.gov, Stephanie.M.Holmes2@doge.eop.gov, Noah.Peters@doge.eop.gov, Austin.L.Raynor@doge.eop.gov |
| Date | Tuesday, March 11th, 2025 at 6:41 PM |

Hello,

Pursuant to the Freedom of Information Act, 5 U.S.C. 552 et seq, I hereby request copies of the records described below. A copy of this FOIA request has also been submitted via X by direct message to @DOGE.

For the purpose of this FOIA request, by "USDS," I mean any of the following entities that were established by President Trump pursuant to Executive Order: the Department of Government Efficiency, DOGE, the U.S. DOGE Service, and/or the U.S. DOGE Service Temporary Organization, including any components and subsidiaries of the same.

For the purpose of this FOIA request "USDS employees" includes, but is not limited to: (i) special government employees; (ii) those that have been detailed to USDS from another department/agency; (iii) and/or those that have been detailed from USDS to another department/agency.

This request seeks a copy of records from the Official Personnel Folder for each USDS employee sufficient to determine the following information, which is required to be made public under 5 C.F.R. § 293.311(a):

1. Name;
2. Present and past position titles and occupational series;
3. Present and past grades;
4. Present and past annual salary rates (including performance awards or bonuses, incentive awards, merit pay amount, Meritorious or Distinguished Executive Ranks, and allowances and differentials);
5. Present and past duty stations (includes room numbers, shop designations, or other identifying information regarding buildings or places of employment); and
6. Position descriptions, identification of job elements, and those performance standards (but not actual performance appraisals)

I am a representative of the news media for the purpose of fees.

Additionally, I request a fee waiver and expedited processing in light of the public interest in USDS and its staffing. There is an urgency to inform the public about USDS's staffing, as demonstrated by both the extensive media coverage of USDS and the numerous lawsuits regarding its role.

I ask that all documents be provided in their native digital format, and if that is unduly burdensome, in digital PDF, and that they be emailed to me at this inbox.

Best,
Shawn


—

**Shawn Musgrave**
*Newsroom Counsel/Correspondent*
The Intercept

Desk: (201) 375-3715
Signal: shawnmusgrave.82
Bluesky: @[shawnmusgrave.bsky.social](shawnmusgrave.bsky.social)