# EXHIBIT D

# FOIA REQUEST: Amy Gleason emails

| | |
|---|---|
| From | shawn.musgrave@theintercept.com <shawn.musgrave@theintercept.com> |
| To | James.Burnham@doge.eop.gov, amy.gleason@doge.eop.gov |
| CC | Justin.W.Aimonetti@doge.eop.gov, Jacob.R.Altik@doge.eop.gov, Joshua.Fox@doge.eop.gov, Joshua.A.Hanley@doge.eop.gov, Keenan.D.Kmiec@doge.eop.gov, Stephanie.M.Holmes2@doge.eop.gov, Noah.Peters@doge.eop.gov, Austin.L.Raynor@doge.eop.gov |
| Date | Friday, March 14th, 2025 at 5:00 PM |

Hello,

Pursuant to the Freedom of Information Act, 5 U.S.C. 552 et seq, I hereby request copies of the records described below. A copy of this FOIA request has also been submitted on X via direct message to @DOGE.

I request copies of all emails to or from Amy Gleason (including all attachments), sent between January 1, 2025 and the date this request is processed, that match any of the following criteria:

1. Emails exchanged between Gleason and Elon Musk;
2. Emails exchanged between Gleason and Vivek Ramaswamy;
3. Emails exchanged between Gleason and Steve Davis;
4. Emails exchanged between Gleason and Russell Vought;
5. Emails exchanged between Gleason and Jennifer Balajadia;
6. Emails exchanged between Gleason and Marko Elez;
7. Emails exchanged between Gleason and Luke Farritor;
8. Emails regarding Gleason's appointment as administrator of the U.S. DOGE Service.

I am a representative of the news media for the purpose of fees.

Additionally, I request a fee waiver and expedited processing in light of the public interest in the subject of this request. Specifically, disclosure of these emails is in the public interest since there is considerable public interest in Ms. Gleason's role and authority within the U.S. DOGE Service, as well as the timeline of her appointment. There is also an urgency to inform the public about Ms. Gleason's role, as further demonstrated by the numerous lawsuits regarding USDS, its structure, and its leadership.

I ask that all documents be provided in their native digital format, and if that is unduly burdensome, in digital PDF, and that they be emailed to me at this inbox.

Best,
Shawn

—

**Shawn Musgrave**
*Newsroom Counsel/Correspondent*
The Intercept

Desk: (201) 375-3715

Signal: shawnmusgrave.82

Bluesky: @[shawnmusgrave.bsky.social](shawnmusgrave.bsky.social)