# EXHIBIT E

# FOIA REQUEST: Emails w/ Congress and Ramaswamy

| | |
|---|---|
| From | shawn.musgrave@theintercept.com <shawn.musgrave@theintercept.com> |
| To | James.Burnham@doge.eop.gov, amy.gleason@doge.eop.gov |
| CC | Justin.W.Aimonetti@doge.eop.gov, Jacob.R.Altik@doge.eop.gov, Joshua.Fox@doge.eop.gov, Joshua.A.Hanley@doge.eop.gov, Keenan.D.Kmiec@doge.eop.gov, Stephanie.M.Holmes2@doge.eop.gov, Noah.Peters@doge.eop.gov, Austin.L.Raynor@doge.eop.gov |
| Date | Friday, March 14th, 2025 at 5:00 PM |

Hello,

Pursuant to the Freedom of Information Act, 5 U.S.C. 552 et seq, I hereby request copies of the records described below. A copy of this FOIA request has also been submitted on X via direct message to @DOGE.

I request copies of all emails (including all attachments) sent to or from any email address from the US DOGE Service email domain — i.e., any email address ending in @doge.eop.gov — between January 1, 2025, and the date this request is processed, that match any of the following criteria:

1. Emails exchanged with any email address ending in "house.gov";
2. Emails exchanged with any email address ending in "senate.gov";
3. Emails exchanged with Vivek Ramaswamy

I am a representative of the news media for the purpose of fees.

Additionally, I request a fee waiver and expedited processing in light of the public interest in the subject of this request. Specifically, disclosure of these emails is in the public interest since there is considerable public interest in USDS's activities, including interactions between USDS and members of Congress, as demonstrated by extensive media coverage. There is also an urgency to inform the public about communications between Congress and USDS, as such communications have factored into discussions regarding the current budget negotiations.

I ask that all documents be provided in their native digital format, and if that is unduly burdensome, in digital PDF, and that they be emailed to me at this inbox.

Best,
Shawn

—

**Shawn Musgrave**
*Newsroom Counsel/Correspondent*
The Intercept

Desk: (201) 375-3715
Signal: shawnmusgrave.82
Bluesky: @[shawnmusgrave.bsky.social](shawnmusgrave.bsky.social)