# EXHIBIT F

# The Intercept - USDS Records Requests

| | |
|---|---|
| From | admin <admin@DOGE.eop.gov> |
| To | shawn.musgrave@theintercept.com |
| Date | Tuesday, March 18th, 2025 at 9:46 AM |

Dear Mr. Musgrave:

We are writing in reference to your Freedom of Information Act (FOIA) requests to USDS.

As set forth in Executive Order 14158, Establishing and Implementing the President's "Department of Government Efficiency," USDS sits within the Executive Office of the President, and the USDS Administrator reports to the President's Chief of Staff.  We write now to inform you that USDS is subject to the Presidential Records Act, 44 U.S.C.S. § 2201 et seq., and is not subject to FOIA.  We therefore decline your request.