UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
THE INTERCEPT MEDIA, INC.,                            :
:
                                        Plaintiff,   :
:                    25-CV-2404 (VSB)
                        -against-                      :
:                    **ORDER OF REFERENCE**
UNITED STATES DEPARTMENT OF                            :
GOVERNMENTAL EFFICIENCY, et al.,                      :
:
                                      Defendants.    :
X
--------------------------------------------------------
VERNON S. BRODERICK, United States District Judge:

       The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.
Dated:      March 26, 2025
           New York, New York

Vernon S. Broderick
United States District Judge