UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>UNITED STATES DEPARTMENT OF GOVERNMENT EFFICIENCY, a/k/a UNITED STATES DOGE SERVICE and UNITED STATES DIGITAL SERVICE,<br><br>　　　　　　Defendants. | Case No. 25 Civ. 2404 (VSB)(OTW) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendants United States Department of Government Efficiency a/k/a United States DOGE Service and United States Digital Service, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move to dismiss the complaint in this action for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: April 28, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JAY CLAYTON
　　　　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　By:　　_/s/ Sarah S. Normand_
　　　　　　　　　　　　　　　　　　　　SARAH S. NORMAND
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　86 Chambers Street, Third Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 637-2709
　　　　　　　　　　　　　　　　　　　　E-mail: sarah.normand@usdoj.gov
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*