**MEMO ENDORSED.**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2025

BY ECF
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *The Intercept Media v. DOGE*, 25 Civ. 2404 (VSB)

Dear Judge Broderick:

      We write respectfully in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to request that the Court remove AUSA Sarah S. Normand from the docket as counsel for defendants. Ms. Normand is retiring from the Department of Justice. AUSA Rebecca Tinio has filed a notice of appearance and will continue to represent defendants in this matter.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York

      /s/ *Sarah S. Normand*
      SARAH S. NORMAND
      REBECCA S. TINIO
      Assistant U.S. Attorneys
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone: (212) 637-2774
      Rebecca.Tinio@usdoj.gov

Application **GRANTED.**

**SO ORDERED.**

_____
**Ona T. Wang**
**U.S.M.J. 7/1/2025**