

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 27, 2026

BY ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *The Intercept Media, Inc. v. United States Department of Government Efficiency*,
            No. 25 Civ. 2404 (VSB) (OTW)

Dear Judge Wang:

      I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague, AUSA Alyssa O'Gallagher, has entered an appearance and will represent the interests of the Government in this case.

      I thank the Court for its consideration of this request.

                                        Respectfully,

                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York

                   By:    /s/ *Rebecca S. Tinio*
                          REBECCA S. TINIO
                          Assistant United States Attorney
                          Telephone: (212) 637-2774
                          Email: rebecca.tinio@usdoj.gov
                          *Counsel for Defendants*